# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 01 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Robert Felipe Johnson | Case No. 1:05-CR-391 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Robert Felipe Johnson__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To modify electronic monitoring in the following manner: Participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring. **CURFEW:** You are restricted to your residence everyday from 10:00 p.m. to 6:00 a.m. as directed by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   4/9/06        _____   4/13/2006
Signature of Defendant   Date           Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                   4/13/06
Signature of Assistant United States Attorney           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                   April 28, 2006
Signature of Defense Counsel                            Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __4/28/2006__.
☐ The above modification of conditions of release is *not* ordered.

_____                                   4/28/2006
Signature of Judicial Officer                           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services