UNITED STATES PRETRIAL SERVICES AGENCY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED
JUL 2 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

**DATE:**   July 24, 2006

**TO:**     Honorable Sandra M. Snyder, U.S. Magistrate Judge

**FROM:**   Dan Stark, U.S. Pretrial Services Officer

**RE:**     **JOHNSON, Robert Felipe**
            Docket No. 1:05-CR-391 OWW

*********************************************************

The defendant was charged in Kern County Superior Court with two counts of having committed lewd or lascivious acts with a child under the age of 14 years. The offenses were alleged to have been committed on or about April 1, 2006, while the defendant was on pretrial supervision. On the basis of this information, this officer filed a Pretrial Services Violation Petition on June 20, 2006. On that date, Your Honor reviewed the petition and ordered that a warrant be issued for the arrest of the defendant.

Records of Kern County Superior Court reflect that the above-noted criminal matter against the defendant was dismissed on July 17, 2006. This officer respectfully requests Your Honor order the warrant for the arrest of the defendant recalled.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2006.

Respectfully submitted,

DAN STARK
Pretrial Services Officer
DATE: July 24, 2006

IT IS HEREBY ORDERED that the no-bail bench warrant issued for the defendant's arrest on or about June 20, 2006, shall be recalled forthwith.

IT IS SO ORDERED.

Dated: 7/24/06

U.S. Magistrate Judge
SM SNYDER