ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ROBERT JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-00391 OWW |
| Plaintiff, | |
| v. | **ORDER EXCUSING PERSONAL PRESENCE OF DEFENDANT** |
| ROBERT JOHNSON, | |
| Defendant. | |

It is hereby ordered that defendant Robert Johnson be excused from personal presence at the status hearing calendared for July 31, 2006.

Mr. Johnson is ordered to appear at all future hearing dates unless excused by written order of this Court.

IT IS SO ORDERED.

**Dated:   July 29, 2006**            /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE

1