ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ROBERT JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  05-00391 OWW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND PROPOSED ORDER** |
| ROBERT JOHNSON, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing scheduled for September 11, 2006 be continued until October 10, 2006 at 9:00 a.m. in the above-entitled court.

This request is made to allow parties additional time for counsel to negotiate settlement of the case which will eliminate or minimize the need for formal objections.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  August 30, 2006          /s/ Stanley Boone
                                 STANLEY BOONE
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. Boone
                                 via telephone, on August 30, 2006**

DATED: August 30, 2006       /s/ Roger K. Litman
                             ROGER K. LITMAN
                             Attorney for Defendant
                             ROBERT JOHNSON

DATED: August 30, 2006       /s/ Anthony Capozzi
                             ANTHONY CAPOZZI
                             Attorney for Defendant
                             AMINAH RANDLE
                             **This was agreed to by Mr. Capozzi via telephone, on August 30, 2006**

IT IS SO ORDERED.

**Dated:   September 2, 2006**          /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE