1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, ROBERT JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 05-00391 OWW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER** |
| ROBERT JOHNSON, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for April 16, 2007 be continued until May 21, 2007 at 9:00 a.m. in the above-entitled court.

This request is necessary based on continuance of Mr. Johnson's pending criminal action in Kern County. Information provided to defense counsel revealed that Mr. Johnson's state court trial was continued, over Mr. Johnson's objection, to April 23, 2007. The additional time agreed to by the parties will allow defense counsel for Mr. Johnson, in the instant action, to obtain information regarding the outcome of the state jury trial upon his return from vacation on May 18, 2007.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 11, 2007            /s/ Stanley Boone
                                 STANLEY BOONE
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. Boone
                                 via telephone, on April 11, 2007**

1

| | |
|---|---|
| DATED: April 11, 2007 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>ROBERT JOHNSON |
| DATED: April 11, 2007 | /s/ Anthony Capozzi<br>ANTHONY CAPOZZI<br>Attorney for Defendant<br>AMINAH RANDLE<br>**This was agreed to by Mr. Capozzi via telephone, on April 11, 2007** |

IT IS SO ORDERED.

**Dated:   April 12, 2007**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE