UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1: 05 CR 00391 OWW |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| ROBERT FELIPE JOHNSON | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

A.  Order for Revocation And Detention

    After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons For The Revocation And Detention

    The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

    _____ (1)   There is probable cause to believe this defendant has committed a Federal, State or local crime while on release, to wit : _____

    or

    __X__ (2)   There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit: he failed to abide by the conditions of electronic monitoring and curfew.  He removed his ankle bracelet monitoring device and was absent from his residence after curfew and for more than twenty

four hours.

and

___X___ (3)  That based on the factors set forth in Section 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee and that he will appear as required by this Court.

___X___ (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

_____ (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State or local felony, to wit:

IT IS SO ORDERED.

Dated:  __**May 23, 2007**__        _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE