ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ROBERT JOHNSON

ANTHONY CAPOZZI, 068525
Attorney at Law
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200

Attorney for Defendant, AMINAH RANDLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT JOHNSON,<br>AMINAH RANDLE,<br><br>    Defendants | CASE NO.  05-00391 OWW<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE EVIDENTIARY HEARING AND SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the consolidated evidentiary hearing, and sentencing of Robert Johnson and Aminah Randle, be continued from October 30, 2007 at 1:00 p.m. to November 13, 2007 at 1:30 p.m. before the Hon. Oliver W. Wanger, Senior United States District Court Judge.

This continuance is needed to allow the government additional time to gather employment records requested by the defendants, to permit the government an opportunity to respond to the formal objections filed on behalf of Mr. Johnson and to obviate the need for Ms. Randle to expend her limited resources to travel to court from Nevada for an evidentiary hearing which the parties do not anticipate

1

would proceed.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  October 26, 2007                /s/ Stanley Boone
                                        STANLEY BOONE
                                        Assistant United States Attorney
                                        **This was agreed to by Mr. Boone via telephone, on October 25, 2007**

DATED: October 26, 2007                 /s/ Roger K. Litman
                                        ROGER K. LITMAN
                                        Attorney for Defendant
                                        ROBERT JOHNSON

DATED: October 26, 2007                 /s/ Anthony Capozzi
                                        ANTHONY CAPOZZI
                                        Attorney for Defendant
                                        AMINAH RANDLE
                                        **This was agreed to by Mr. Capozzi via telephone, on October 25, 2007**

IT IS SO ORDERED.

**Dated:   October 27, 2007**             /s/ **Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE