1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, ROBERT JOHNSON

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )    CASE NO.  1:05-CR-00391 OWW
                                    )
10      Plaintiff,                  )
                                    )    **STIPULATION AND**
11      v.                          )    **ORDER TO CONTINUE**
                                    )
12 ROBERT JOHNSON,                  )
                                    )
13      Defendant                   )
   _____  )
14
       The parties hereto, by and through their respective attorneys, stipulate and
15
   agree that the status hearing currently set for August 30, 2010, be continued to
16
   September 10, 2010 at 1:30 p.m. for an additional status hearing and for
17
   arraignment on an amended petition alleging violation of the conditions of
18
   supervised release.
19
       This continuance is necessitated by the fact that the probation officer is
20
   awaiting documentation from law enforcement to substantiate amending the
21
   petition now before the court.
22

23 DATED:  August 27, 2010          /s/ Stanley Boone
                                    STANLEY BOONE
24                                  Assistant United States Attorney
                                    **This was agreed to by Mr. Boone**
25                                  **via email on August 26, 2010**

26
   DATED: August 27, 2010           /s/ Roger K. Litman
27                                  ROGER K. LITMAN
                                    Attorney for Defendant
28                                  ROBERT JOHNSON

                                     1

IT IS SO ORDERED: that the 4th Status Conference hearing re Violation of Supervised Release is continued from August 30, 2010 before Judge Snyder to Friday, September 10, 2010 at 1:30 p.m. before Judge Oberto in Courtroom #8.

IT IS SO ORDERED.

Dated:   August 27, 2010                         /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE