BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
ANA MARIA MARTEL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:05CR00391-OWW |
| Plaintiff, | |
| v. | ORDER TO QUASH WRIT OF ATTACHMENT/GARNISHMENT |
| ROBERT JOHNSON, | |
| Defendant and Judgment Debtor. | |
| PHILIP WILLIAM GANONG, | |
| Garnishee. | |

A Writ of Attachment/Garnishment was served upon Philip William Ganong, Garnishee, on October 8, 2010.  Based upon the Answer of Garnishee, the United States filed with this Court a Request to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///
///
///
///

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, Philip William Ganong, is terminated.

IT IS SO ORDERED.

**Dated:   January 11, 2011**                        **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment