```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) CASE NO. 1:05CR00391-OWW
                                   )
11        Plaintiff,               )
                                   )
12     v.                          )
                                   ) ORDER TO QUASH WRIT
13  ROBERT JOHNSON,                ) OF ATTACHMENT/GARNISHMENT
                                   )
14        Defendant and            )
          Judgment Debtor.         )
15  _____)
                                   )
16  SPHERION PACIFIC WORKFORCE, LLC., )
                                   )
17        Garnishee.               )
    _____)
18
19
20      A Writ of Attachment/Garnishment was served upon Spherion
21  Pacific Workforce, LLC., Garnishee, on October 8, 2010.  Based upon
22  the letter provided by Garnishee, the United States filed with this
23  Court a Motion to Quash Writ of Attachment/Garnishment, and having
24  reviewed and considered the same,
25  ///
26  ///
27  ///
28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, Spherion Pacific Workforce, LLC., is terminated.

IT IS SO ORDERED.

**Dated:   January 18, 2011**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2