```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. 1:05CR00391-OWW
                                 )
11         Plaintiff,             )
                                 )
12      v.                       )
                                 )  ORDER TO QUASH WRIT
13  ROBERT JOHNSON,              )  OF ATTACHMENT/GARNISHMENT
                                 )
14         Defendant and         )
           Judgment Debtor.      )
15  _____)
                                 )
16  INTERIM PERSONNEL OF FRESNO, INC.,)
                                 )
17         Garnishee.             )
    _____)
18
19
20       On October 19, 2010, a Writ of Attachment/Garnishment was served
21  upon Spherion Pacific Workforce, LLC., the parent company of the
22  Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter
23  provided by Spherion in a companion Writ, the United States filed
24  with this Court a Motion to Quash Writ of Attachment/Garnishment, and
25  having reviewed and considered the same,
26  ///
27  ///
28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, INTERIM PERSONNEL OF FRESNO, INC., is terminated.

IT IS SO ORDERED.

Dated: February 25, 2011.

                                /s/ OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE