```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
ANA MARIA MARTEL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT JOHNSON,<br><br>　　　　Defendant and<br>　　　　Judgment Debtor.<br>_____<br><br>INTERIM PERSONNEL OF FRESNO, INC.,<br><br>　　　　Garnishee.<br>_____ | CASE NO. 1:05CR00391-OWW<br><br><br><br>ORDER TO QUASH WRIT<br>OF ATTACHMENT/GARNISHMENT |

　　　On October 19, 2010, a Writ of Attachment/Garnishment was served upon Spherion Pacific Workforce, LLC., the parent company of the Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter provided by Spherion in a companion Writ, the United States filed with this Court a Motion to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///

///

///

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, INTERIM PERSONNEL OF FRESNO, INC., is terminated.

IT IS SO ORDERED.

Dated: February 25, 2011.

                              /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment